RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
HEIDI A. OJEDA
Assistant Federal Public Defender
Nevada State Bar No. 12223
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Heidi_Ojeda@fd.org

Attorney for Lynnarion Washington

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LYNNARION WASHINGTON,<br><br>　　　　　Defendant. | Case No. 2:19-cr-00104-APG-EJY<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(First Request) |

　　　IT IS HEREBY STIPULATED AND AGREED, by and between CHRISTOPHER CHIOU, Acting United States Attorney, and Brian Y. Whang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and HEIDI A. OJEDA, Assistant Federal Public Defender, counsel for Lynnarion Washington, that the Sentencing Hearing currently scheduled on October 27, 2021, be vacated and continued to a date and time convenient to the Court, but no sooner than seven (7) days.

　　　This Stipulation is entered into for the following reasons:

　　　1.　　Counsel for the defendant is out of the district the week of October 25-29, 2021.

　　　2.　　The defendant is in custody and agrees with the need for the continuance.

　　　3.　　The parties agree to the continuance.

This is the first request for a continuance of the sentencing hearing.

DATED this 7th day of October 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>United States Attorney |
| By /s/ *Heidi Ojeda*<br>HEIDI A. OJEDA<br>Assistant Federal Public Defender | By /s/ *Brian Y. Whang*<br>BRIAN Y. WHANG<br>Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LYNNARION WASHINGTON,<br><br>　　　　Defendant. | Case No. 2:19-cr-00104-APG-EJY<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for October 27, 2021 at 2:30 pm., be vacated and continued to November 17, 2021, at the hour of 2:30 p.m. in Courtroom 6C; or to a time and date convenient to the court.

　　DATED this 8th day of October 2021.

_____
UNITED STATES DISTRICT JUDGE